# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| CABINET WORLD, INC. | § | Case No. 10-28460 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/25/2010 .  The undersigned trustee was appointed on 06/25/2010 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of              $         30,324.90

        Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 1,113.02 |
| Bank service fees | 66.34 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]              $         29,145.54

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  11/26/2010  and the deadline for filing governmental claims was  11/26/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,782.49 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,782.49 , for a total compensation of $ 3,782.49 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 71.72 , for total expenses of $ 71.72 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/26/2017_____     By:/s/BARRY A. CHATZ_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-28460 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | CABINET WORLD, INC. | | | | Date Filed (f) or Converted (c): | 06/25/2010 (f) |
| | | | | | 341(a) Meeting Date: | 08/20/2010 |
| For Period Ending: | 01/26/2017 | | | | Claims Bar Date: | 11/26/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  CHECKING ACCOUNT W/ NEW CENTURY BANK | 320.00 | 320.00 | | 0.00 | FA |
| 2.  ONE OF THE DEBTOR'S CORPORATE VENDORS, LJ WOODWORK | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 3.  3 TRUCKS AND A TRAILER 1999 GMC 1996 GMC 2005 ISUZ | 16,000.00 | 11,958.72 | | 13,000.00 | FA |
| 4.  1 PANEL SAW, 2 TABLE SAWS, SPRAY EQUIPMENT AND FUR | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 5.  350 CABINETS, 10 GRANITE COUNTERTOPS, 25 FORMICA C | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 6.  PREFERENCE PAYMENTS                    (u) | 0.00 | 0.00 | | 7,320.84 | FA |
| 7.  PREFERENCE PAYMENTS                    (u) | 0.00 | 0.00 | | 10,000.00 | FA |
| 8.  PREFERENCE PAYMENTS                    (u) | 0.00 | 12,097.76 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits         (u) | Unknown | N/A | | 4.06 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $126,320.00 | $134,376.48 | | $30,324.90 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Final Report submitted to UST for approval 12/29/16.

| RE PROP # | 6 | -- | COUREY INTERNATIONAL (U.S.A.) INC. PREFERENCE SETTLEMENT- $7,320.84 |
|---|---|---|---|
| RE PROP # | 7 | -- | PREMIUM WOOD PRODUCTS PREFERENCE SETTLEMENT - $10,000 |
| RE PROP # | 8 | -- | JUDGMENT OBTAINED IN PREFERENCE ACTION AGAINST PHILIP AST - $12,097.76 - DETERMINED UNCOLLECTABLE |

Initial Projected Date of Final Report (TFR): 12/31/2011          Current Projected Date of Final Report (TFR): 12/31/2017

Exhibit A

Page: 1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 10-28460 | |
| Case Name: CABINET WORLD, INC. | |

| | |
|---|---|
| Trustee Name: BARRY A. CHATZ | |
| Bank Name: Union Bank | |
| Account Number/CD#: XXXXXX0425 | |
| Checking | |

| | |
|---|---|
| Taxpayer ID No: XX-XXX5231 | |
| For Period Ending: 01/26/2017 | |

| | |
|---|---|
| Blanket Bond (per case limit): $5,000,000.00 | |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9107 | Transfer of Funds | 9999-000 | $29,145.54 | | $29,145.54 |

| | | |
|---|---|---|
| COLUMN TOTALS | $29,145.54 | $0.00 |
| Less: Bank Transfers/CD's | $29,145.54 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: $29,145.54 $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 10-28460
Case Name: CABINET WORLD, INC.

Taxpayer ID No: XX-XXX5231
For Period Ending: 01/26/2017

Trustee Name: BARRY A. CHATZ
Bank Name: Bank of America
Account Number/CD#: XXXXXX6582
Money Market Account (Interest Earn
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/28/10 | | AMERICAN AUCTION ASSOCIATES, INC. 8515 SOUTH THOMAS AVENUEBRIDGEVIEW, IL 60455 | LIQUIDATION OF OTHER SCHEDULED ASSE | | $11,958.72 | | $11,958.72 |
| | | | Gross Receipts $13,000.00 | | | | |
| | | | CLOSING COSTS ($1,041.28) | 2500-000 | | | |
| | 3 | | 3 TRUCKS AND A TRAILER $13,000.00 1999 GMC 1996 GMC 2005 ISUZ | 1129-000 | | | |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.29 | | $11,959.01 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.29 | | $11,959.30 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.30 | | $11,959.60 |
| 11/15/10 | 6 | COUREY INTERNATIONAL (U.S.A.) INC. 7500 N.W. 25TH STREET, UNIT 13MIAMI, FL 33122 | PREFERENCE SETTLEMENT | 1241-000 | $7,320.84 | | $19,280.44 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.39 | | $19,280.83 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.49 | | $19,281.32 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.49 | | $19,281.81 |
| 02/04/11 | 301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM | 2300-000 | | $16.63 | $19,265.18 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.15 | | $19,265.33 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.16 | | $19,265.49 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.15 | | $19,265.64 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.17 | | $19,265.81 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*   Page Subtotals:   $19,282.44   $16.63

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 10-28460

Case Name: CABINET WORLD, INC.

Trustee Name: BARRY A. CHATZ

Bank Name: Bank of America

Account Number/CD#: XXXXXX6582

Money Market Account (Interest Earn

Taxpayer ID No: XX-XXX5231

Blanket Bond (per case limit): $5,000,000.00

For Period Ending: 01/26/2017

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.16 | | $19,265.97 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.16 | | $19,266.13 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.16 | | $19,266.29 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.16 | | $19,266.45 |
| 10/13/11 | 7 | PREMIUM WOOD PRODUCTS 436 E. LOCUST STREETDEKALB, IL 60115 | PREFERENCE SETTLEMENT | 1241-000 | $10,000.00 | | $29,266.45 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.20 | | $29,266.65 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $30.30 | $29,236.35 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.24 | | $29,236.59 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $36.04 | $29,200.55 |
| 12/14/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.10 | | $29,200.65 |
| 12/14/11 | | Transfer to Acct # XXXXXX7633 | Final Posting Transfer | 9999-000 | | $29,200.65 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $29,283.62 | $29,283.62 |
| Less: Bank Transfers/CD's | $0.00 | $29,200.65 |
| Subtotal | $29,283.62 | $82.97 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $29,283.62 | $82.97 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-28460 | | | Trustee Name: | BARRY A. CHATZ | |
|---|---|---|---|---|---|---|
| Case Name: | CABINET WORLD, INC. | | | Bank Name: | Bank of America | |
| | | | | Account Number/CD#: | XXXXXX7633 | |
| | | | | | BofA - Checking Account | |
| Taxpayer ID No: | XX-XXX5231 | | | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 01/26/2017 | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/14/11 | | Transfer from Acct # XXXXXX6582 | Transfer In From MMA Account | 9999-000 | $29,200.65 | | $29,200.65 |
| 01/20/12 | | Transfer to Acct # XXXXXX4141 | Bank Funds Transfer | 9999-000 | | $29,200.65 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $29,200.65 | $29,200.65 |
| Less: Bank Transfers/CD's | $29,200.65 | $29,200.65 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Page Subtotals: $29,200.65 $29,200.65

Case 10-28460   Doc 53   Filed 01/30/17   Entered 01/30/17 13:55:24   Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document   Page 9 of 24

Exhibit B

| Case No: | 10-28460 | | | Trustee Name: | BARRY A. CHATZ | |
|---|---|---|---|---|---|---|
| Case Name: | CABINET WORLD, INC. | | | Bank Name: | Congressional Bank | |
| | | | | Account Number/CD#: | XXXXXX4141 | |
| | | | | | Checking Account | |
| Taxpayer ID No: | XX-XXX5231 | | | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 01/26/2017 | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/20/12 | | Transfer from Acct # XXXXXX7633 | Bank Funds Transfer | 9999-000 | $29,200.65 | | $29,200.65 |
| 02/06/12 | 3001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREETSUITE 420NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM PRO RATA PORTION OF TRUSTEE'S BLANKET BOND PREMIUM | 2300-000 | | $30.39 | $29,170.26 |
| 02/19/13 | | Trsf To BANK OF NEW YORK  MELLON | FINAL TRANSFER | 9999-000 | | $29,170.26 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $29,200.65 | $29,200.65 |
| Less: Bank Transfers/CD's | | $29,200.65 | $29,170.26 |
| Subtotal | | $0.00 | $30.39 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $0.00 | $30.39 |

Page Subtotals:                    $29,200.65        $29,200.65

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 10-28460 | | Trustee Name: BARRY A. CHATZ | Exhibit B |
|---|---|---|---|
| Case Name: CABINET WORLD, INC. | | Bank Name: The Bank of New York Mellon | |
| | | Account Number/CD#: XXXXXX9107 | |
| | | Checking Account | |
| Taxpayer ID No: XX-XXX5231 | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 01/26/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $29,170.26 | | $29,170.26 |
| 02/21/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $24.72 | $29,145.54 |
| 02/03/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM Reversal | 2300-000 | | ($24.00) | $29,169.54 |
| 02/03/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $24.00 | $29,145.54 |
| 08/21/15 | | Transfer to Acct # xxxxxx0425 | Transfer of Funds | 9999-000 | | $29,145.54 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $29,170.26 | $29,170.26 |
| Less: Bank Transfers/CD's | $29,170.26 | $29,145.54 |
| Subtotal | $0.00 | $24.72 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $24.72 |

| Page Subtotals: | $29,170.26 | $29,170.26 |
|---|---|---|

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0425 - Checking | $0.00 | $0.00 | $29,145.54 |
| XXXXXX4141 - Checking Account | $0.00 | $30.39 | $0.00 |
| XXXXXX6582 - Money Market Account (Interest Earn | $29,283.62 | $82.97 | $0.00 |
| XXXXXX7633 - BofA - Checking Account | $0.00 | $0.00 | $0.00 |
| XXXXXX9107 - Checking Account | $0.00 | $24.72 | $0.00 |
| | $29,283.62 | $138.08 | $29,145.54 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,041.28 |
| Total Net Deposits: | $29,283.62 |
| Total Gross Receipts: | $30,324.90 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-28460-JPC
Debtor Name: CABINET WORLD, INC.
Claims Bar Date: 11/26/2010

Date: January 26, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA CHICAGO, IL 60606-0000 | Administrative | | $0.00 | $3,782.49 | $3,782.49 |
| 100 2200 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA CHICAGO, IL 60606-0000 | Administrative | | $0.00 | $71.72 | $71.72 |
| BOND 999 2300 | INTERNATIONAL SURETIES, LTD. INTERNATIONAL SURETIES, LTD. | Administrative | | $0.00 | $71.74 | $71.74 |
| 100 3410 | POPOWCER KATTEN, LTD. 35 E. WACKER DRIVE, SUITE 1550 CHICAGO, IL | Administrative | | $1,622.00 | $1,622.00 | $1,622.00 |
| 100 3210 | MUCH SHELIST 191 N. WACKER DRIVE SUITE 1800 CHICAGO, IL 60606-1615 | Administrative | | $0.00 | $19,641.00 | $12,500.00 |
| 100 3220 | MUCH SHELIST 191 N. WACKER DRIVE SUITE 1800 CHICAGO, IL 60606-1615 | Administrative | | $0.00 | $657.78 | $657.78 |
| 100 2700 | United States Bankruptcy Court 219 South Dearborn Street Chicago, IL 60604 | Administrative | Deferred adversary filing fees - 3 @ $250 each = $750 - 11A00481, 11A00482, and 11A00483 | $0.00 | $750.00 | $750.00 |
| 1 40 5600 | JULIE SHERMAN 2133 W. HURON CHICAGO, IL 60612 | Priority | | $0.00 | $16,000.00 | $2,600.00 |
| 13 40 5600 | MIKE GALVIN 2047 W. THOMAS CHICAGO, IL 60622 | Priority | | $0.00 | $584.44 | $584.44 |

Printed: January 26, 2017

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-28460-JPC
Debtor Name: CABINET WORLD, INC.
Claims Bar Date: 11/26/2010

Date: January 26, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 18<br>40<br>5600 | ELISE SCHUMACHER<br>733 W. BUCKINGHAM PLACE<br>#13<br>CHICAGO, IL  60657 | Priority | | $0.00 | $679.14 | $679.14 |
| 23B<br>40<br>5600 | NEVA BROWN<br>1755 W. CHASE<br>CHICAGO, IL  60626 | Priority | | $0.00 | $4,100.00 | $2,600.00 |
| 25<br>40<br>5600 | GLORIA J CLAY<br>212 N. MASON<br>CHICAGO, IL  60644 | Priority | | $0.00 | $6,280.41 | $2,600.00 |
| 35<br>40<br>5600 | PANDU R DEVAKONDA<br>1333,BURNETT DR<br>AURORA, IL  60502 | Priority | | $0.00 | $6,053.28 | $2,600.00 |
| 43A<br>40<br>5800 | ILLINOIS DEPT. OF<br>EMPLOYMENT SECURI<br>ATTN: BANKRUPTCY UNIT<br>33 SOUTH STATE STREET<br>CHICAGO, IL  60603 | Priority | | $0.00 | $4,113.35 | $3,955.20 |
| 44A<br>40<br>5800 | DEPT. OF THE TREASURY<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Priority | | $2,181.91 | $1,612.88 | $1,612.88 |
| 48<br>40<br>5800 | ILLINOIS DEPARTMENT OF<br>REVENUE BANK<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS  60664-0338 | Priority | | $0.00 | $245.37 | $245.37 |
| 34<br>50<br>4210 | MB FINANCIAL BANK, N.A.,<br>AS SUCCESS<br>C/O EAN L. KRYSKA<br>SMITHAMUNDSEN LLC<br>150 N. MICHIGAN AVE., #3300<br>CHICAGO, IL  60601 | Secured | | $0.00 | $100,315.42 | $100,315.42 |
| 2<br>70<br>7100 | PARTHA RAGHAVACHARI<br>5555 N SHERIDAN ROAD, #310<br>CHICAGO, IL  60640 | Unsecured | | $0.00 | $88.20 | $88.20 |

Page 2

Printed: January 26, 2017

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-28460-JPC                                                                     Date: January 26, 2017
Debtor Name: CABINET WORLD, INC.
Claims Bar Date: 11/26/2010

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3 70 7100 | FED EX CUSTOMER INFORMATION SERVICE C/O FEDEX EXPRESS/FEDEX GROUND ATTN: REVENUE RECOVERY/BANKRUPTCY 3965 AIRWAYS BLVD, MODULE G, 3RD FLOOR MEMPHIS, TN 38116 | Unsecured | | $0.00 | $274.99 | $274.99 |
| 4 70 7100 | PEOPLES GAS LIGHT AND COKE CO 130 E RANDOLPH DRIVE CHICAGO, IL 60601 | Unsecured | | $0.00 | $2,014.08 | $2,014.08 |
| 5 70 7100 | JAECKLE WHOLESALE, INC. C/O KOHNER, MANN & KAILAS, S.C. 4650 N. PORT WASHINGTON ROAD MILWAUKEE, WISCONSIN 53212 | Unsecured | (5-1) JUDGMENT | $0.00 | $6,949.81 | $6,949.81 |
| 6 70 7100 | KYLE GLASCOTT 2156 N. HALSSTED CHICAGO, IL 60614 | Unsecured | | $0.00 | $500.00 | $500.00 |
| 7 70 7100 | CAROL BROWNE 110 EAST DELAWARE UNIT 602 CHICAGO, IL 60611 | Unsecured | | $0.00 | $6,200.00 | $6,200.00 |
| 8 70 7100 | SUSAN DALAK 5055 N. MELVINA CHICAGO, IL 60630 | Unsecured | (8-1) FOR GOODS SOLD | $0.00 | $3,514.44 | $3,514.44 |
| 9 70 7100 | KYLE GLASCOTT 2156 N. HALSSTED CHICAGO, IL 60614 | Unsecured | | $0.00 | $500.00 | $500.00 |
| 10 70 7100 | TBA, INC. 6700 ENTERPRISE DR. LOUISVILLE, KY 40214 | Unsecured | | $0.00 | $2,049.75 | $2,049.75 |

Printed: January 26, 2017

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-28460-JPC                                                     Date: January 26, 2017

Debtor Name: CABINET WORLD, INC.

Claims Bar Date: 11/26/2010

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 11 70 7100 | NORTHERN COUNTOURS 409 S. ROBERTS ST. FERGUS FALLS, MN 56537 | Unsecured | | $0.00 | $177,751.49 | $177,751.49 |
| 12 70 7100 | UNITED PARCEL SERVICE C/O RMS BANKRUPTCY RECOVERY SERVICES P.O. BOX 4396 TIMONIUM, MARYLAND 21094 | Unsecured | | $0.00 | $49.45 | $49.45 |
| 14 70 7100 | HAFELE AMERICAN CO 3901 CHEYENNE DR. ARCHDALE, NC 27263-4000 | Unsecured | | $0.00 | $7,515.62 | $7,515.62 |
| 15 70 7100 | BAER 909 FOREST EDGE DR. VERNON HILLS, IL 60061 | Unsecured | | $0.00 | $21,415.88 | $21,415.88 |
| 16 70 7100 | SPRINT NEXTEL CORRESPONDENCE ATTN BANKRUPTCY DEPT PO BOX 7949 OVERLAND PARK, KS 66207-0949 | Unsecured | | $0.00 | $1,144.06 | $1,144.06 |
| 17 70 7100 | SCHWARZ PO BOX 75886 CHICAGO, IL 60675 | Unsecured | | $0.00 | $955.83 | $955.83 |
| 19 70 7100 | CAROL BROWNE 110 EAST DELAWARE UNIT 602 CHICAGO, IL 60611 | Unsecured | | $0.00 | $6,500.00 | $6,500.00 |
| 20 70 7100 | FREDERICKSON FIRE EQUIPMENT 760 THOMAS DR. BENSENVILLE, IL 60156 | Unsecured | | $0.00 | $753.45 | $753.45 |
| 21 70 7100 | HERIBERTO RAMIREZ 442 W. TOUHY AVE, #365 DES PLAINES, IL 60018 | Unsecured | | $0.00 | $1,797.86 | $1,797.86 |

Page 4                                                      Printed: January 26, 2017

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-28460-JPC                                                      Date: January 26, 2017
Debtor Name: CABINET WORLD, INC.
Claims Bar Date: 11/26/2010

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 22 70 7100 | DAVID E. EASTERDAY & COMPANY INC P O BOX 332 9292 WINESBURG ROAD MOUNT EATON, OH 44659 | Unsecured | | $0.00 | $949.29 | $949.29 |
| 23A 70 7100 | NEVA BROWN 1755 W. CHASE CHICAGO, IL 60626 | Unsecured | | $0.00 | $1,500.00 | $1,500.00 |
| 24 70 7100 | ILLINOIS BELL TELEPHONE COMPANY % AT&T ATTORNEY: JAMES GRUDUS, ESQ. AT&T INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | Unsecured | (24-1) SEE ATTACHED (24-1) MODIFIED ON 10/12/2010 TO CORRECT CREDITOR NAME FILER NOTIFIED MJ | $0.00 | $846.70 | $846.70 |
| 26 70 7100 | COMMONWEALTH EDISON COMPANY 3 LINCOLN CENTER ATTN: BANKRUPTCY SECTION OAKBROOK TERRACE, IL 60181 | Unsecured | | $0.00 | $4,208.38 | $4,208.38 |
| 27 70 7100 | HARRINGTON & WENTWORTH 1443 W. BERTEAU CHICAGO, IL 60613 | Unsecured | | $0.00 | $1,200.00 | $1,200.00 |
| 28 70 7100 | ALLEN STAPLE AND NAIL 5520 W. TOUHY UNIT J SKOKIE, IL 60077 | Unsecured | | $0.00 | $967.79 | $967.79 |
| 29 70 7100 | LJ WOODWORKING 9035 SENFF RD DUNDEE, OH 44624 | Unsecured | (29-1) MODIFIED 10/8/10 TO ATTACH EXHIBIT (MS) | $0.00 | $48,546.17 | $48,546.17 |
| 30 70 7100 | COUREY INTL. 7500 NW 25TH STREET UNIT 13 MIAMI, FL 33122 | Unsecured | | $0.00 | $27,271.78 | $27,271.78 |
| 31 70 7100 | PREMIUM WOOD PRODUCTS 436 E. LOCUST ST. DEKALB, IL 60115 | Unsecured | | $0.00 | $10,050.61 | $10,050.61 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-28460-JPC                                                                                 Date: January 26, 2017

Debtor Name: CABINET WORLD, INC.

Claims Bar Date: 11/26/2010

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 32 70 7100 | SIERRA WOOD PRODUCTS ILLNOIS INC 1700 DOWNS DR. WEST CHICAGO, IL  60185 | Unsecured | | $0.00 | $6,384.09 | $6,384.09 |
| 33 70 7100 | FREDERICKSON FIRE EQUIPMENT 760 THOMAS DR. BENSENVILLE, IL  60156 | Unsecured | | $0.00 | $753.45 | $753.45 |
| 36 70 7100 | DARCEL C BATTLE 15021 IRVING AVE DOLTON, IL  60419 | Unsecured | | $0.00 | $4,825.60 | $4,825.60 |
| 37 70 7100 | CABINET MART C/O MARK A. DONSELAAR PO BOX 284 GRAYSLAKE, IL  60030 | Unsecured | | $0.00 | $43,407.43 | $43,407.43 |
| 38 70 7100 | AMERICAN EXPRESS TRAVEL RELATED SER CO, INC C/O BECKET AND LEE LLP POB 3001 MALVERN, PA  19355-0701 | Unsecured | (38-1) LINE OF CREDIT | $0.00 | $12,727.20 | $12,727.20 |
| 39 70 7100 | NOBLE NORTH ELSTON LIMITED PARTNERS C/O DAVID P. VALLAS WILDMAN HARROLD ALLEN & DIXON LLP 225 WEST WACKER DRIVE, SUITE 2800 CHICAGO, ILLINOIS  60606 | Unsecured | (39-1) PLUS UNLIQUIDATED AMOUNTS (39-1) MODIFIED ON 11/30/2010 TO CLAIM AMOUNT UNLIQUIDATE. FILER NOTIFIED TO FILE AMENDED CLAIM. (CG) | $0.00 | $193,796.95 | $193,796.95 |
| 40 70 7100 | ADVANTA BANK CORP. IN RECEIVERSHIP FDIC C/O BECKET AND LEE LLP POB 3001 MALVERN, PA  19355-0701 | Unsecured | (40-1) CREDIT CARD DEBT(40-2) CREDIT CARD DEBT (40-2) AMENDING CLAIM TO UPDATE BALANCE & ADD DOCUMENTATION | $0.00 | $24,108.04 | $24,108.04 |
| 41 70 7100 | PAUL PEKSFAKE 158 W. BURTON PL., FRONT 2 CHICAGO, IL  60610 | Unsecured | | $0.00 | $3,460.29 | $3,460.29 |

UST Form 101-7-TFR (5/1/2011) *(Page: 17)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-28460-JPC                                                                    Date: January 26, 2017

Debtor Name: CABINET WORLD, INC.

Claims Bar Date: 11/26/2010

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 42<br>70<br>7200 | DAVID HOKE<br>311 W. SUPERIOR # 514<br>CHICAGO, IL  60654 | Unsecured | | $0.00 | $1,268.00 | $1,268.00 |
| 43B<br>300<br>7100 | Illinois Department of Employment<br>Security<br>ATTN: BANKRUPTCY UNIT<br>33 SOUTH STATE STREET<br>CHICAGO, IL  60603 | Unsecured | | $0.00 | $158.15 | $158.15 |
| 44B<br>300<br>7100 | DEPARTMENT OF THE<br>TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-0424 | Unsecured | | $0.00 | $569.03 | $569.03 |
| 45<br>70<br>7200 | AGRIPINA BAUTISTA<br>2723 W. EVERGREEN AVENUE<br>CHICAGO, IL  60622 | Unsecured | | $0.00 | $5,741.19 | $5,741.19 |
| 46<br>70<br>7200 | SUSMAN & ASSOCIATES<br>203 NORTH WABASH AVENUE<br>SUITE 1400<br>CHICAGO, IL  60601 | Unsecured | | $0.00 | $42,016.92 | $42,016.92 |
| 47<br>70<br>7200 | QUEBEC, INC.<br>SUSMAN & ASSOCIATES, PC<br>203 NORTH WABASH AVE.,<br>SUITE 1400<br>CHICAGO, IL  60601 | Unsecured | | $0.00 | $42,016.92 | $42,016.92 |
| 49<br>300<br>7100 | Upper Canada Forest Products Ltd.<br>Euler Hermes ACI<br>Agent of Upper Canada Forest<br>Products Ltd.<br>800 Red Brook Boulevard<br>Owings Mills, MD 21117 | Unsecured | | $0.00 | $6,428.71 | $6,428.71 |
| | Case Totals | | | $3,803.91 | $889,758.62 | $860,425.78 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: January 26, 2017

**UST Form 101-7-TFR (5/1/2011)** *(Page: 18)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-28460
Case Name: CABINET WORLD, INC.
Trustee Name: BARRY A. CHATZ

| | Balance on hand | $ | 29,145.54 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 34 | MB FINANCIAL BANK, N.A., AS SUCCESS | $   100,315.42 | $   100,315.42 | $   0.00 | $   0.00 |

| | Total to be paid to secured creditors | $ | 0.00 |
| | Remaining Balance | $ | 29,145.54 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $   3,782.49 | $   0.00 | $   3,782.49 |
| Trustee Expenses: BARRY A. CHATZ | $   71.72 | $   0.00 | $   71.72 |
| Attorney for Trustee Fees: MUCH SHELIST | $   12,500.00 | $   0.00 | $   12,500.00 |
| Attorney for Trustee Expenses: MUCH SHELIST | $   657.78 | $   0.00 | $   657.78 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $   1,622.00 | $   0.00 | $   1,622.00 |
| Charges: United States Bankruptcy Court | $   750.00 | $   0.00 | $   750.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $   71.74 | $   71.74 | $   0.00 |

Total to be paid for chapter 7 administrative expenses     $_____19,383.99

Remaining Balance     $_____9,761.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 17,477.03  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | JULIE SHERMAN | $ 2,600.00 | $ 0.00 | $ 1,452.19 |
| 13 | MIKE GALVIN | $ 584.44 | $ 0.00 | $ 326.43 |
| 18 | ELISE SCHUMACHER | $ 679.14 | $ 0.00 | $ 379.32 |
| 23B | NEVA BROWN | $ 2,600.00 | $ 0.00 | $ 1,452.19 |
| 25 | GLORIA J CLAY | $ 2,600.00 | $ 0.00 | $ 1,452.19 |
| 35 | PANDU R DEVAKONDA | $ 2,600.00 | $ 0.00 | $ 1,452.19 |
| 43A | ILLINOIS DEPT. OF EMPLOYMENT SECURI | $ 3,955.20 | $ 0.00 | $ 2,209.12 |
| 44A | DEPT. OF THE TREASURY | $ 1,612.88 | $ 0.00 | $ 900.86 |
| 48 | ILLINOIS DEPARTMENT OF REVENUE BANK | $ 245.37 | $ 0.00 | $ 137.06 |

Total to be paid to priority creditors     $_____9,761.55

Remaining Balance     $_____0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 632,134.57  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | PARTHA RAGHAVACHARI | $ 88.20 | $ 0.00 | $ 0.00 |
| 3 | FED EX CUSTOMER INFORMATION SERVICE | $ 274.99 | $ 0.00 | $ 0.00 |
| 4 | PEOPLES GAS LIGHT AND COKE CO | $ 2,014.08 | $ 0.00 | $ 0.00 |
| 5 | JAECKLE WHOLESALE, INC. | $ 6,949.81 | $ 0.00 | $ 0.00 |
| 6 | KYLE GLASCOTT | $ 500.00 | $ 0.00 | $ 0.00 |
| 7 | CAROL BROWNE | $ 6,200.00 | $ 0.00 | $ 0.00 |
| 8 | SUSAN DALAK | $ 3,514.44 | $ 0.00 | $ 0.00 |
| 9 | KYLE GLASCOTT | $ 500.00 | $ 0.00 | $ 0.00 |
| 10 | TBA, INC. | $ 2,049.75 | $ 0.00 | $ 0.00 |
| 11 | NORTHERN COUNTOURS | $ 177,751.49 | $ 0.00 | $ 0.00 |
| 12 | UNITED PARCEL SERVICE | $ 49.45 | $ 0.00 | $ 0.00 |
| 14 | HAFELE AMERICAN CO | $ 7,515.62 | $ 0.00 | $ 0.00 |
| 15 | BAER | $ 21,415.88 | $ 0.00 | $ 0.00 |
| 16 | SPRINT NEXTEL CORRESPONDENCE | $ 1,144.06 | $ 0.00 | $ 0.00 |
| 17 | SCHWARZ | $ 955.83 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | CAROL BROWNE | $ 6,500.00 | $ 0.00 | $ 0.00 |
| 20 | FREDERICKSON FIRE EQUIPMENT | $ 753.45 | $ 0.00 | $ 0.00 |
| 21 | HERIBERTO RAMIREZ | $ 1,797.86 | $ 0.00 | $ 0.00 |
| 22 | DAVID E. EASTERDAY & COMPANY INC | $ 949.29 | $ 0.00 | $ 0.00 |
| 23A | NEVA BROWN | $ 1,500.00 | $ 0.00 | $ 0.00 |
| 24 | ILLINOIS BELL TELEPHONE COMPANY | $ 846.70 | $ 0.00 | $ 0.00 |
| 26 | COMMONWEALTH EDISON COMPANY | $ 4,208.38 | $ 0.00 | $ 0.00 |
| 27 | HARRINGTON & WENTWORTH | $ 1,200.00 | $ 0.00 | $ 0.00 |
| 28 | ALLEN STAPLE AND NAIL | $ 967.79 | $ 0.00 | $ 0.00 |
| 29 | LJ WOODWORKING | $ 48,546.17 | $ 0.00 | $ 0.00 |
| 30 | COUREY INTL. | $ 27,271.78 | $ 0.00 | $ 0.00 |
| 31 | PREMIUM WOOD PRODUCTS | $ 10,050.61 | $ 0.00 | $ 0.00 |
| 32 | SIERRA WOOD PRODUCTS ILLNOIS INC | $ 6,384.09 | $ 0.00 | $ 0.00 |
| 33 | FREDERICKSON FIRE EQUIPMENT | $ 753.45 | $ 0.00 | $ 0.00 |
| 36 | DARCEL C BATTLE | $ 4,825.60 | $ 0.00 | $ 0.00 |
| 37 | CABINET MART | $ 43,407.43 | $ 0.00 | $ 0.00 |
| 38 | AMERICAN EXPRESS TRAVEL RELATED SER | $ 12,727.20 | $ 0.00 | $ 0.00 |
| 39 | NOBLE NORTH ELSTON LIMITED PARTNERS | $ 193,796.95 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 40 | ADVANTA BANK CORP. IN RECEIVERSHIP | $ 24,108.04 | $ 0.00 | $ 0.00 |
| 41 | PAUL PEKSFAKE | $ 3,460.29 | $ 0.00 | $ 0.00 |
| 43B | Illinois Department of Employment Security | $ 158.15 | $ 0.00 | $ 0.00 |
| 44B | DEPARTMENT OF THE TREASURY | $ 569.03 | $ 0.00 | $ 0.00 |
| 49 | Upper Canada Forest Products Ltd. | $ 6,428.71 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors         $_____ 0.00

Remaining Balance         $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 91,043.03  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 42 | DAVID HOKE | $ 1,268.00 | $ 0.00 | $ 0.00 |
| 45 | AGRIPINA BAUTISTA | $ 5,741.19 | $ 0.00 | $ 0.00 |
| 46 | SUSMAN & ASSOCIATES | $ 42,016.92 | $ 0.00 | $ 0.00 |
| 47 | QUEBEC, INC. | $ 42,016.92 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors         $_____ 0.00

Remaining Balance         $_____ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE