IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| CABINET WORLD, INC., | Case No. 10-28460 |
| Debtor. | Honorable Jacqueline P. Cox |

### CERTIFICATE OF SERVICE BY MAIL

I, Barry A. Chatz, an attorney, certify I caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to all creditors and other parties in interest of Cabinet World, Inc., which are listed on the attached Service List by deposit in U.S. Mail, first class postage prepaid, on January 30, 2017.


/s/ Barry A Chatz, Trustee


Barry A. Chatz (ARDC# 06196639)
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100
(312) 876-0288 Facsimile
bachatz@arnstein.com

Label Matrix for local noticing
0752-1
Case 10-28460
Northern District of Illinois
Chicago
Thu Jan 26 14:16:10 CST 2017

Cabinet World, Inc.
1401 W. North Ave.
Chicago, IL 60642-1534

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

2945-6910 QUEBEC, INC.
Susman & Associates, PC
203 North Wabash Ave. Suite 1400
Chicago, IL 60601-2424

A&R Limited Partnership
4901 N. St. Louis
Chicago, IL 60625-5141

A&R Limited Partnership
Attn: Anna Faber
5940 North Christiana Avenue
Chicago, IL 60659-3506

AT&T
PO Box 8100
Aurora, IL 60507-8100

Active Copier
3839 W. Devon
Chicago, IL 60659-1024

(p)ADVANTA
700 DRESHER RD
HORSHAM PA 19044-2206

Advanta Bank Corp. in receivership of
FDIC c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Agripina Bautista
2723 W Evergreen Ave
Chicago, IL 60622-2823

Allen Staple and Nail
5520 W. Touhy Unit J
Skokie, IL 60077-3803

American Express Travel Related Services
Co, Inc c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Anne Warden
716 Wesley Ave.
Oak Park, IL 60304-1318

Baer
909 Forest Edge Dr.
Vernon Hills, IL 60061-3149

BainBridge
237 W. 3rd St
Waterville, WA 98858-9600

CFM Inc.
2420 E. Oakton St.
Unit K
Arlington Heights, IL 60005-4827

Cabinet Direct
450 Kennedy Ave.
Schererville, IN 46375-1235

Cabinet Mart
c/o Mark A. Donselaar
PO Box 284
Grayslake, IL 60030-0284

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Carl Ciascio
7733 Taylor
Forest Park, IL 60130-2108

Carla Jackson
5457 S. Ingleside,#3W
Chicago,IL 60615-5045

Carol Browne
110 East Delaware
Unit 602
Chicago, IL 60611-1483

Catherine Shaffer
1439 S. Michigan Ave., #407
Chicago, IL 60605-2869

Charlotte Ousley
10955 S. Vernon, 1st Floor
Chicago, IL 60628-4456

Chicago Apt. Place
1238 N. Noble
Chicago, IL 60642-3327

Chicago Sun Times
PO Box 1003
Tinley Park, IL 60477-9103

Christine Wang
40 E. 9th Street, #509
Chicago, IL 60605-2141

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Commonwealth Edison Company
3 Lincoln Center
Attn: Bankruptcy Section
Oakbrook Terrace, IL 60181-4204

Corp. Accounting
PO Box 18460
Chicago, IL 60618-0460

Courey Intl.
7500 NW 25th Street
Unit 13
Miami, FL 33122-1700

Darcel C Battle
15021 Irving Ave
Dolton IL 60419-2634

David E. Easterday & Company Inc
P O Box 332
9292 Winesburg Road
Mount Eaton, OH 44659-0332

David Hoke
311 W. Superior # 514
Chicago, IL 60654-3425

Department of the Treasury- Internal Revenue
Po Box 7346
Philadelphia, Pa 19101-7346

Double D Express
PO Box 606
Penle, IL 60354

Elise Schumacher
733 W. Buckingham Place #13
Chicago, iL 60657-2410

Express
5253 W. Belmont
Chicago, IL 60641-4210

Fed Ex Customer Information Services
c/o FedEx Express/FedEx Ground
Attn: Revenue Recovery/Bankruptcy
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

Felicia Fortinberry
501 E. Oakwood
Chicago, IL 60653-2305

First Equity Card
PO Box 84075
Columbus, GA 31908-4075

Frederickson Fire Equipment
760 Thomas Dr.
Bensenville, IL 60106-1625

Fryberg Door
6086 Ste Rte 241
Millersburg, OH 44654-9170

Gloria J Clay
212 N. Mason
Chicago, IL 60644-2121

Hafele American Co
3901 Cheyenne Dr.
Archdale, NC 27263-3157

Hardware Resources
PO Box 67668
Dallas, TX 75267-6668

Harrington & Wentworth
1443 W. Berteau
Chicago, IL 60613-1963

Heriberto Ramirez
442 W. Touhy Ave, #365
Des Plaines, IL 60018-2469

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Huiying Zhao
4705 N. Spaulding
Chicago, IL 60625-5308

Illinois Bell Telephone Company
% AT&T Attorney: James Grudus, Esq.
AT&T Inc.
One AT&T Way, Room 3A218
Bedminster, NJ 07921-2694

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603-2808
Attn: Bankruptcy Unit - 10th flr.

Illinois Department of Revenue Bankruptcy Se
P.O. Box 64338
Chicago, Illinois 60664-0338

Imttaz Ahmad
1944 S. Prairie
Chicago, IL 60616-1321

Independent Recycling
2401 S. Laflin St.
Chicago, IL 60608-5005

Integra
4740 W. 136th Street
Crestwood, IL 60445

Irshad Pathan
9100 N. Linder
Morton Grove, IL 60053-2562

Jaeckle
4101 Owl Creek Dr.
Madison, WI 53718-4407

Jaeckle Wholesale, Inc.
c/o Kohner, Mann & Kailas, S.C.
4650 N. Port Washington Road
Milwaukee, Wisconsin 53212-1077

Janna Orendorff
3256 N. Hoyne
Chicago, IL 60618-6328

Jayme Valentine
601 W. Wellington, #1A
Chicago, IL 60657-5305

John Latzzis
6206 W. Newport
Chicago, IL 60634-4143

Jorson & Carlson
1501 Pratt Blvd
Elk Grove Village, IL 60007-5714

Judith A. Padour
5034 N. Leavitt St. #3
Chicago, IL 60625-1859

Julie Sherman
2133 W. Huron
Chicago, IL 60612-1305

Kyle Glascott
2156 N. Halssted
Chicago, IL 60614-4316

LJ Woodworking
9035 Senff Rd
Dundee, OH 44624-9414

Leandro Franco
3619 S. 57th Ave.
Cicero, IL 60804-4315

Lynn & Rick Priddy
5747 N Sheridan, Unit L
Chicago, IL 60660-8716

MB Financial
363 W. Ontario Street
Chicago, IL 60654-5716

MB Financial Bank, N.A., as successor-in-int
c/o Ean L. Kryska
SmithAmundsen LLC
150 N. Michigan Ave., #3300
Chicago, IL 60601-6004

Macke
PO Box 543
Wheeling, IL 60090-0543

Marco Capellupo
3016 S. Wells
Chicago, IL 60616-2740

Marilsen Gutierrez
4036 W. Oakdale Ave.
Chicago, IL 60641-5412

Marlene Kay
524 Elder Lane
Glenview, IL 60025-4516

Martin Mack
4730 W. Armitage
Chicago, IL 60639-3304

Mary Beauchy
1935 W. Barry Ave.
Chicago, IL 60657-2021

Merchant Services
P O Box 6010
Hagerstown, MD 21741-6010

Merger
351 W. Hubbard St.
Chicago, IL 60654-4909

Mike Driscoll
1928 W. Crystal, #3
Chicago, IL 60622-3132

Mike Galvin
2047 W. Thomas
Chicago, IL 60622-3627

Mike Supera
2001 N. Halsted
Chicago, IL 60614-4365

Neva Brown
1755 W. Chase
Chicago, IL 60626-2413

Nitin Majmudar
3923 Jerome
Skokie, IL 60076-3924

Noble North Elston Limited Partnership
c/o David P. Vallas
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606-1228

Northern Countours
409 S. Roberts St.
Fergus Falls, MN 56537-3137

PC Marble
5859 W. 117th
Alsip, IL 60803-6018

PEOPLES GAS LIGHT AND COKE CO
130 E RANDOLPH DRIVE
CHICAGO, IL 60601-6207

| | | |
|---|---|---|
| Pandu R Devakonda<br>1333,Burnett Dr<br>Aurora IL 60502-7051 | Partha Raghavachari<br>5555 N Sheridan Road, #310<br>Chicago, IL 60640-1616 | Paul Peksfake<br>158 W. Burton Pl., Front 2<br>Chicago, IL 60610-1324 |
| People's Gas<br>130 East Randolph Drive<br>Chicago, IL 60601-6207 | Philip Ast. Cabinet Shop<br>1205 Roseview Ave<br>Kewanee, IL 61443-2502 | Plasticline<br>9070 Lousiana St.<br>Merrillville, IN 46410-7155 |
| Premium Wood Products<br>436 E. Locust St.<br>DeKalb, IL 60115-3327 | Premoule<br>270 Des Grands Lacs<br>St Augustin DE DesMaures<br>QC Canada, G3A2K1 | Reach Local<br>21700 Oxnard St.<br>Suite 1600<br>Woodland Hills, CA 91367-7586 |
| Rento K/L<br>Bureau P Accounts<br>PO Box 8875<br>Camp Hill, PA 17001-8875 | Ronald Turkin<br>175 E. Delaware #5604<br>Chicago, IL 60611-7722 | Sara Pettinger<br>1931 W. George<br>Chicago, IL 60657-4021 |
| Schwarz<br>Po Box 75886<br>Chicago, IL 60675-5886 | Sierra Wood Products Illnois Inc<br>1700 Downs Dr.<br>West Chicago, IL 60185-1830 | Sprint<br>PO Box 4151<br>Carol Stream, IL 60197-4151 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Susan Dalak<br>5055 N. Melvina<br>Chicago, IL 60630-1828 | Susman & Associates, pc<br>203 North Wabash Ave. Suite 1400<br>Chicago, IL 60601-2424 |
| TBA, Inc.<br>6700 Enterprise Dr.<br>Louisville, KY 40214-6027 | Ted Wynn, Noble & North Partnership<br>2734 W. Superior St<br>Chicago, IL 60612-1126 | Tom Meyer<br>5517 N. Paulina<br>Chicago, IL 60640-1141 |
| Top Notch<br>2232 W. Argyle<br>Chicago, IL 60625-1807 | Travelers<br>RMS 300 Arboretum Pl.<br>Richmond, VA 23236-3473 | UNITED PARCEL SERVICE<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 4396<br>Timonium, Maryland 21094-4396 |
| UPS<br>Lock Box 577<br>Carol Stream, IL 60132-0577 | Upper Canada Forest Products LTD (Usd)<br>Euler Hermes ACI Agent for<br>Upper Canada Forest Products LTD(Usd)<br>800 Red Brooks Boulevard<br>Owings Mills MD 21117-5190 | Woodnet<br>3607 Chilhamplain<br>Charlotte, NC 28202 |
| | Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602-4600 | Kurt M. Carlson<br>Tishler & Wald, Ltd.<br>200 South Wacker Drive<br>Suite 3000<br>Chicago, IL 60606-5815 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CABINET WORLD, INC. § Case No. 10-28460
§
Debtor §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on Thursday, March 9, 2017 in Courtroom 680, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/30/2017        By: /s/ Barry A. Chatz, Trustee
                                                Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CABINET WORLD, INC. § Case No. 10-28460
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 30,324.90 |
| and approved disbursements of | $ | 1,179.36 |
| leaving a balance on hand of[1] | $ | 29,145.54 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 34 | MB FINANCIAL BANK, N.A., AS SUCCESS | $ 100,315.42 | $ 100,315.42 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 29,145.54 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 3,782.49 | $ 0.00 | $ 3,782.49 |
| Trustee Expenses: BARRY A. CHATZ | $ 71.72 | $ 0.00 | $ 71.72 |
| Attorney for Trustee Fees: MUCH SHELIST | $ 12,500.00 | $ 0.00 | $ 12,500.00 |
| Attorney for Trustee Expenses: MUCH SHELIST | $ 657.78 | $ 0.00 | $ 657.78 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ 1,622.00 | $ 0.00 | $ 1,622.00 |
| Charges: United States Bankruptcy Court | $ 750.00 | $ 0.00 | $ 750.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 71.74 | $ 71.74 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    19,383.99

Remaining Balance    $    9,761.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 17,477.03 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | JULIE SHERMAN | $ 2,600.00 | $ 0.00 | $ 1,452.19 |
| 13 | MIKE GALVIN | $ 584.44 | $ 0.00 | $ 326.43 |
| 18 | ELISE SCHUMACHER | $ 679.14 | $ 0.00 | $ 379.32 |
| 23B | NEVA BROWN | $ 2,600.00 | $ 0.00 | $ 1,452.19 |
| 25 | GLORIA J CLAY | $ 2,600.00 | $ 0.00 | $ 1,452.19 |
| 35 | PANDU R DEVAKONDA | $ 2,600.00 | $ 0.00 | $ 1,452.19 |
| 43A | ILLINOIS DEPT. OF EMPLOYMENT SECURI | $ 3,955.20 | $ 0.00 | $ 2,209.12 |
| 44A | DEPT. OF THE TREASURY | $ 1,612.88 | $ 0.00 | $ 900.86 |
| 48 | ILLINOIS DEPARTMENT OF REVENUE BANK | $ 245.37 | $ 0.00 | $ 137.06 |

UST Form 101-7-NFR (10/1/2010) (Page: 3)

|  | Total to be paid to priority creditors | $ | 9,761.55 |
|---|---|---|---|
|  | Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 632,134.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | PARTHA RAGHAVACHARI | $ 88.20 | $ 0.00 | $ 0.00 |
| 3 | FED EX CUSTOMER INFORMATION SERVICE | $ 274.99 | $ 0.00 | $ 0.00 |
| 4 | PEOPLES GAS LIGHT AND COKE CO | $ 2,014.08 | $ 0.00 | $ 0.00 |
| 5 | JAECKLE WHOLESALE, INC. | $ 6,949.81 | $ 0.00 | $ 0.00 |
| 6 | KYLE GLASCOTT | $ 500.00 | $ 0.00 | $ 0.00 |
| 7 | CAROL BROWNE | $ 6,200.00 | $ 0.00 | $ 0.00 |
| 8 | SUSAN DALAK | $ 3,514.44 | $ 0.00 | $ 0.00 |
| 9 | KYLE GLASCOTT | $ 500.00 | $ 0.00 | $ 0.00 |
| 10 | TBA, INC. | $ 2,049.75 | $ 0.00 | $ 0.00 |
| 11 | NORTHERN COUNTOURS | $ 177,751.49 | $ 0.00 | $ 0.00 |
| 12 | UNITED PARCEL SERVICE | $ 49.45 | $ 0.00 | $ 0.00 |
| 14 | HAFELE AMERICAN CO | $ 7,515.62 | $ 0.00 | $ 0.00 |
| 15 | BAER | $ 21,415.88 | $ 0.00 | $ 0.00 |
| 16 | SPRINT NEXTEL CORRESPONDENCE | $ 1,144.06 | $ 0.00 | $ 0.00 |
| 17 | SCHWARZ | $ 955.83 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | CAROL BROWNE | $ 6,500.00 | $ 0.00 | $ 0.00 |
| 20 | FREDERICKSON FIRE EQUIPMENT | $ 753.45 | $ 0.00 | $ 0.00 |
| 21 | HERIBERTO RAMIREZ | $ 1,797.86 | $ 0.00 | $ 0.00 |
| 22 | DAVID E. EASTERDAY & COMPANY INC | $ 949.29 | $ 0.00 | $ 0.00 |
| 23A | NEVA BROWN | $ 1,500.00 | $ 0.00 | $ 0.00 |
| 24 | ILLINOIS BELL TELEPHONE COMPANY | $ 846.70 | $ 0.00 | $ 0.00 |
| 26 | COMMONWEALTH EDISON COMPANY | $ 4,208.38 | $ 0.00 | $ 0.00 |
| 27 | HARRINGTON & WENTWORTH | $ 1,200.00 | $ 0.00 | $ 0.00 |
| 28 | ALLEN STAPLE AND NAIL | $ 967.79 | $ 0.00 | $ 0.00 |
| 29 | LJ WOODWORKING | $ 48,546.17 | $ 0.00 | $ 0.00 |
| 30 | COUREY INTL. | $ 27,271.78 | $ 0.00 | $ 0.00 |
| 31 | PREMIUM WOOD PRODUCTS | $ 10,050.61 | $ 0.00 | $ 0.00 |
| 32 | SIERRA WOOD PRODUCTS ILLNOIS INC | $ 6,384.09 | $ 0.00 | $ 0.00 |
| 33 | FREDERICKSON FIRE EQUIPMENT | $ 753.45 | $ 0.00 | $ 0.00 |
| 36 | DARCEL C BATTLE | $ 4,825.60 | $ 0.00 | $ 0.00 |
| 37 | CABINET MART | $ 43,407.43 | $ 0.00 | $ 0.00 |
| 38 | AMERICAN EXPRESS TRAVEL RELATED SER | $ 12,727.20 | $ 0.00 | $ 0.00 |
| 39 | NOBLE NORTH ELSTON LIMITED PARTNERS | $ 193,796.95 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 40 | ADVANTA BANK CORP. IN RECEIVERSHIP | $ 24,108.04 | $ 0.00 | $ 0.00 |
| 41 | PAUL PEKSFAKE | $ 3,460.29 | $ 0.00 | $ 0.00 |
| 43B | Illinois Department of Employment Security | $ 158.15 | $ 0.00 | $ 0.00 |
| 44B | DEPARTMENT OF THE TREASURY | $ 569.03 | $ 0.00 | $ 0.00 |
| 49 | Upper Canada Forest Products Ltd. | $ 6,428.71 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 91,043.03 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 42 | DAVID HOKE | $ 1,268.00 | $ 0.00 | $ 0.00 |
| 45 | AGRIPINA BAUTISTA | $ 5,741.19 | $ 0.00 | $ 0.00 |
| 46 | SUSMAN & ASSOCIATES | $ 42,016.92 | $ 0.00 | $ 0.00 |
| 47 | QUEBEC, INC. | $ 42,016.92 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

UST Form 101-7-NFR (10/1/2010) *(Page: 6)*

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
                                    Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL  60606*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.