# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

In re:                                        §
                                              §
CABINET WORLD, INC.                           §        Case No. 10-28460
                                              §
          Debtor                              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 110,320.00          Assets Exempt: NA
*(Without deducting any secured claims)*


Total Distributions to Claimants: 9,761.55        Claims Discharged
                                                  Without Payment:  NA


Total Expenses of Administration:  20,563.35

---

3) Total gross receipts of $ 30,324.90  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 30,324.90  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 250,713.07 | $ 100,315.42 | $ 100,315.42 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 27,704.35 | 20,563.35 | 20,563.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 77,028.68 | 39,668.87 | 17,477.03 | 9,382.23 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,067,120.24 | 723,556.92 | 723,556.92 | 379.32 |
| **TOTAL DISBURSEMENTS** | $ 1,394,861.99 | $ 891,245.56 | $ 861,912.72 | $ 30,324.90 |

4)  This case was originally filed under chapter 7 on  06/25/2010 .  The case was pending for 84 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/18/2017                    By:/s/BARRY A. CHATZ
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3 TRUCKS AND A TRAILER 1999 GMC 1996 GMC 2005 ISUZ | 1129-000 | 13,000.00 |
| PREFERENCE PAYMENTS | 1241-000 | 7,320.84 |
| PREFERENCE PAYMENTS | 1241-000 | 10,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 4.06 |
| **TOTAL GROSS RECEIPTS** | | **$30,324.90** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MB Financial 363 W. Ontario Street Chicago, IL 60654 | | 250,713.07 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 34 | MB FINANCIAL BANK, N.A., AS SUCCESS | 4210-000 | NA | 100,315.42 | 100,315.42 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 250,713.07 | $ 100,315.42 | $ 100,315.42 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 3,782.49 | 3,782.49 | 3,782.49 |
| BARRY A. CHATZ | 2200-000 | NA | 71.72 | 71.72 | 71.72 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 71.74 | 71.74 | 71.74 |
| AMERICAN AUCTION ASSOCIATES, INC. | 2500-000 | NA | 1,041.28 | 1,041.28 | 1,041.28 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 66.34 | 66.34 | 66.34 |
| United States Bankruptcy Court | 2700-000 | NA | 750.00 | 750.00 | 750.00 |
| MUCH SHELIST | 3210-000 | NA | 19,641.00 | 12,500.00 | 12,500.00 |
| MUCH SHELIST | 3220-000 | NA | 657.78 | 657.78 | 657.78 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 1,622.00 | 1,622.00 | 1,622.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 27,704.35 | $ 20,563.35 | $ 20,563.35 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anne Warden 716 Wesley Ave. Oak Park, IL 60304 | | 5,123.56 | NA | NA | 0.00 |
| | Carl Ciascio 7733 Taylor Forest Park, IL 60130 | | 6,137.00 | NA | NA | 0.00 |
| | Catherine Shaffer 1439 S. Michigan Ave., #407 Chicago, IL 60605 | | 1,858.49 | NA | NA | 0.00 |
| | Charlotte Ousley 10955 S. Vernon, 1st Floor Chicago, IL 60628 | | 1,832.00 | NA | NA | 0.00 |
| | Christine Wang 40 E. 9th Street, #509 Chicago, IL 60605 | | 744.19 | NA | NA | 0.00 |
| | Felicia Fortinberry 501 E. Oakwood Chicago, IL 60653 | | 551.25 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Heriberto Ramirez 442 W. Touhy Ave, #365 Des Plaines, IL 60018 | | 1,698.63 | NA | NA | 0.00 |
| | Huiying Zhao 4705 N. Spaulding Chicago, IL 60625 | | 5,061.26 | NA | NA | 0.00 |
| | Imttaz Ahmad 1944 S. Prairie Chicago, IL 60616 | | 694.58 | NA | NA | 0.00 |
| | Irshad Pathan 9100 N. Linder Morton Grove, IL 60053 | | 7,542.65 | NA | NA | 0.00 |
| | Janna Orendorff 3256 N. Hoyne Chicago, IL 60618 | | 4,785.63 | NA | NA | 0.00 |
| | Jayme Valentine 601 W. Wellington, #1A Chicago, IL 60657 | | 440.87 | NA | NA | 0.00 |
| | John Latzzis 6206 W. Newport Chicago, IL 60634 | | 679.69 | NA | NA | 0.00 |
| | Julie Sherman 2133 W. Huron Chicago, IL 60612 | | 16,000.00 | NA | NA | 0.00 |
| | Leandro Franco 3619 S. 57th Ave. Cicero, IL 60804 | | 571.09 | NA | NA | 0.00 |
| | Lynn & Rick Priddy 5747 N Sheridan, Unit L Chicago, IL 60660 | | 523.69 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marco Capellupo 3016 S. Wells Chicago, IL 60616 | | 1,973.48 | NA | NA | 0.00 |
| | Marilsen Gutierrez 4036 W. Oakdale Ave. Chicago, IL 60641 | | 3,678.76 | NA | NA | 0.00 |
| | Mary Beauchy 1935 W. Barry Ave. Chicago, IL 60657 | | 2,045.71 | NA | NA | 0.00 |
| | Merger 351 W. Hubbard St. Chicago, IL 60654 | | 491.00 | NA | NA | 0.00 |
| | Mike Driscoll 1928 W. Crystal, #3 Chicago, IL 60622 | | 1,825.41 | NA | NA | 0.00 |
| | Neva Brown 1755 W. Chase Chicago, IL 60626 | | 4,100.00 | NA | NA | 0.00 |
| | Paul Peksfake 158 W. Burton Pl., Front 2 Chicago, IL 60610 | | 3,460.29 | NA | NA | 0.00 |
| | Sara Pettinger 1931 W. George Chicago, IL 60657 | | 933.83 | NA | NA | 0.00 |
| | Tom Meyer 5517 N. Paulina Chicago, IL 60640 | | 93.71 | NA | NA | 0.00 |
| | Top Notch 2232 W. Argyle Chicago, IL 60625 | | 2,000.00 | NA | NA | 0.00 |
| 18 | ELISE SCHUMACHER | 5600-000 | NA | 679.14 | 679.14 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 25 | GLORIA J CLAY | 5600-000 | NA | 6,280.41 | 2,600.00 | 1,452.19 |
| 1 | JULIE SHERMAN | 5600-000 | NA | 16,000.00 | 2,600.00 | 1,452.19 |
| 13 | MIKE GALVIN | 5600-000 | NA | 584.44 | 584.44 | 326.43 |
| 23B | NEVA BROWN | 5600-000 | NA | 4,100.00 | 2,600.00 | 1,452.19 |
| 35 | PANDU R DEVAKONDA | 5600-000 | NA | 6,053.28 | 2,600.00 | 1,452.19 |
| 44A | DEPT. OF THE TREASURY | 5800-000 | 2,181.91 | 1,612.88 | 1,612.88 | 900.86 |
| 48 | ILLINOIS DEPARTMENT OF REVENUE BANK | 5800-000 | NA | 245.37 | 245.37 | 137.06 |
| 43A | ILLINOIS DEPT. OF EMPLOYMENT SECURI | 5800-000 | NA | 4,113.35 | 3,955.20 | 2,209.12 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 77,028.68 | $ 39,668.87 | $ 17,477.03 | $ 9,382.23 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A&R Limited Partnership 4901 N. St. Louis Chicago, IL 60625 | | 1,413.50 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Active Copier 3839 W. Devon Chicago, IL 60659 | | 12,105.00 | NA | NA | 0.00 |
| | Advanta PO Box 30715 Salt Lake City, UT 84130-0715 | | 22,280.04 | NA | NA | 0.00 |
| | Allen Staple and Nail 5520 W. Touhy Unit J Skokie, IL 60077 | | 1,236.02 | NA | NA | 0.00 |
| | AT&T PO Box 8100 Aurora, IL 60507-8100 | | 949.30 | NA | NA | 0.00 |
| | Baer 909 Forest Edge Dr. Vernon Hills, IL 60061 | | 19,919.06 | NA | NA | 0.00 |
| | BainBridge 237 W. 3rd St Waterville, WA 98858 | | 255.79 | NA | NA | 0.00 |
| | Cabinet Direct 450 Kennedy Ave. Schererville, IN 46375-1235 | | 11,146.70 | NA | NA | 0.00 |
| | Cabinet Mart c/o Mark A. Donselaar PO Box 284 Grayslake, IL 60030 | | 40,289.73 | NA | NA | 0.00 |
| | Cardmember Services PO Box 6353 Fargo, ND 58125-6353 | | 12,770.94 | NA | NA | 0.00 |
| | Cardmember Services PO Box 6353 Fargo, ND 58125-6353 | | 7,891.03 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CFM Inc. 2420 E. Oakton St. Unit K Arlington Heights, IL 60005 | | 2,883.96 | NA | NA | 0.00 |
| | Chicago Apt. Place 1238 N. Noble Chicago, IL 60642 | | 5,850.00 | NA | NA | 0.00 |
| | Chicago Sun Times PO Box 1003 Tinley Park, IL 60477 | | 6,509.58 | NA | NA | 0.00 |
| | ComEd PO Box 6111 Carol Stream, IL 60197-6111 | | 2,284.25 | NA | NA | 0.00 |
| | Corp. Accounting PO Box 18460 Chicago, IL 60618 | | 650.00 | NA | NA | 0.00 |
| | Courey Intl. 7500 NW 25th Street Unit 3 Miami, FL 33122 | | 21,900.00 | NA | NA | 0.00 |
| | Double D Express PO Box 606 Penle, IL 60354 | | 690.03 | NA | NA | 0.00 |
| | Express 5253 W. Belmont Chicago, IL 60641 | | 600.00 | NA | NA | 0.00 |
| | Fed Ex PO Box 94515 Palatine, IL 60094 | | 148.73 | NA | NA | 0.00 |
| | First Equity Card PO Box 84075 Columbus, GA 31908-4075 | | 8,272.58 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Frederickson Fire Equipment 760 Thomas Dr. Bensenville, IL 60156 | | 753.45 | NA | NA | 0.00 |
| | Fryberg Door 6086 Ste Rte 241 Millersburg, OH 44654 | | 31,529.03 | NA | NA | 0.00 |
| | Hafele 3901 Cheyenne Dr. Archdale, NC 27263-4000 | | 7,119.65 | NA | NA | 0.00 |
| | Hardware Resources PO Box 67668 Dallas, TX 75267-6668 | | 8,330.64 | NA | NA | 0.00 |
| | Harrington & Wenturia 1443 W. Berteau Chicago, IL 60613 | | 1,200.00 | NA | NA | 0.00 |
| | Home Depot PO Box 6029 The Lakes, NV 88901-6029 | | 3,935.36 | NA | NA | 0.00 |
| | Independent Recycling 2401 S. Laflin St. Chicago, IL 60608 | | 8,199.94 | NA | NA | 0.00 |
| | Integra 4740 W. 136th Street Crestwood, IL 60445 | | 642.24 | NA | NA | 0.00 |
| | Jaeckle 4101 Owl Creek Dr. Madison, WI 53718-4407 | | 6,949.81 | NA | NA | 0.00 |
| | Jorson & Carlson 1501 Pratt Blvd Elk Grove Village, IL 60007 | | 803.54 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LJ Woodworking 9035 Senff Rd Dundee, OH 44624 | | 42,000.00 | NA | NA | 0.00 |
| | Macke PO Box 543 Wheeling, IL 60090-0545 | | 232.53 | NA | NA | 0.00 |
| | Martin Mack 4730 W. Armitage Chicago, IL 60639 | | 348.90 | NA | NA | 0.00 |
| | Merger 351 W. Hubbard St. Chicago, IL 60654 | | 4,660.01 | NA | NA | 0.00 |
| | Mike Supera 2001 N. Halsted Chicago, IL 60618 | | 200,000.00 | NA | NA | 0.00 |
| | Northern Countours 409 S. Roberts St. Fergus Falls, MN 56537 | | 160,000.00 | NA | NA | 0.00 |
| | Office Depot PO Box 689020 Des Moines, IA 50368 | | 3,523.70 | NA | NA | 0.00 |
| | PC Marble 5859 W. 117th Alsip, IL 60803 | | 1,473.40 | NA | NA | 0.00 |
| | People's Gas 130 East Randolph Drive Chicago, IL 60601 | | 7,733.48 | NA | NA | 0.00 |
| | Philip Ast. Cabinet Shop 1205 Roseview Ave Kewanee, IL 61443 | | 8,216.63 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Plasticline 9070 Lousiana St. Merrillville, IN 46410 | | 1,284.09 | NA | NA | 0.00 |
| | Premium Wood Products 436 E. Locust St. DeKalb, IL 60115 | | 10,000.00 | NA | NA | 0.00 |
| | Premoule 270 Des Grands Lacs St Augustin DE DesMaures QC Canada, G3A2K1 | | 6,997.67 | NA | NA | 0.00 |
| | Reach Local 21700 Oxnard St. Suite 1600 Woodland Hills, CA 91367 | | 1,500.00 | NA | NA | 0.00 |
| | Rento K/L Bureau P Accounts PO Box 8875 Camp Hill, PA 17001 | | 226.48 | NA | NA | 0.00 |
| | Ronald Turkin 175 E. Delaware #5604 Chicago, IL 60611 | | 250,000.00 | NA | NA | 0.00 |
| | Schwarz Po Box 75886 Chicago, IL 60675 | | 955.83 | NA | NA | 0.00 |
| | Sierra Wood Products 1700 Downs Dr. West Chicago, IL 60185 | | 875.60 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sprint PO Box 4151 Carol Stream, IL 60197-4181 | | 719.66 | NA | NA | 0.00 |
| | TBA, Inc. 6700 Enterprise Dr. Louisville, KY 40214 | | 0.00 | NA | NA | 0.00 |
| | Ted Wynn, Noble & North Partnership 2734 W. Superior St Chicago, IL 60612 | | 65,673.06 | NA | NA | 0.00 |
| | Travelers RMS 300 Arboretum Pl. Richmond, VA 23261 | | 6,583.87 | NA | NA | 0.00 |
| | Travelers RMS 300 Arboretum Pl. Richmond, VA 23261 | | 663.90 | NA | NA | 0.00 |
| | UPS Lock Box 577 Carol Stream, IL 60132-0577 | | 6,484.00 | NA | NA | 0.00 |
| | US Bank Cardmember Service PO Box 6353 Fargo, ND 58125 | | 21,578.17 | NA | NA | 0.00 |
| | Woodnet 3607 Chilhamplain Charlotte, NC 28202 | | 15,879.36 | NA | NA | 0.00 |
| 40 | ADVANTA BANK CORP. IN RECEIVERSHIP | 7100-000 | NA | 24,108.04 | 24,108.04 | 0.00 |
| 28 | ALLEN STAPLE AND NAIL | 7100-000 | NA | 967.79 | 967.79 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 38 | AMERICAN EXPRESS TRAVEL RELATED SER | 7100-000 | NA | 12,727.20 | 12,727.20 | 0.00 |
| 15 | BAER | 7100-000 | NA | 21,415.88 | 21,415.88 | 0.00 |
| 37 | CABINET MART | 7100-000 | NA | 43,407.43 | 43,407.43 | 0.00 |
| 19 | CAROL BROWNE | 7100-000 | NA | 6,500.00 | 6,500.00 | 0.00 |
| 7 | CAROL BROWNE | 7100-000 | NA | 6,200.00 | 6,200.00 | 0.00 |
| 26 | COMMONWEALTH EDISON COMPANY | 7100-000 | NA | 4,208.38 | 4,208.38 | 0.00 |
| 30 | COUREY INTL. | 7100-000 | NA | 27,271.78 | 27,271.78 | 0.00 |
| 36 | DARCEL C BATTLE | 7100-000 | NA | 4,825.60 | 4,825.60 | 0.00 |
| 22 | DAVID E. EASTERDAY & COMPANY INC | 7100-000 | NA | 949.29 | 949.29 | 0.00 |
| 44B | DEPARTMENT OF THE TREASURY | 7100-000 | NA | 569.03 | 569.03 | 0.00 |
| 3 | FED EX CUSTOMER INFORMATION SERVICE | 7100-000 | NA | 274.99 | 274.99 | 0.00 |
| 20 | FREDERICKSON FIRE EQUIPMENT | 7100-000 | NA | 753.45 | 753.45 | 0.00 |
| 33 | FREDERICKSON FIRE EQUIPMENT | 7100-000 | NA | 753.45 | 753.45 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | HAFELE AMERICAN CO | 7100-000 | NA | 7,515.62 | 7,515.62 | 0.00 |
| 27 | HARRINGTON & WENTWORTH | 7100-000 | NA | 1,200.00 | 1,200.00 | 0.00 |
| 21 | HERIBERTO RAMIREZ | 7100-000 | NA | 1,797.86 | 1,797.86 | 0.00 |
| 24 | ILLINOIS BELL TELEPHONE COMPANY | 7100-000 | NA | 846.70 | 846.70 | 0.00 |
| 43B | Illinois Department of Employment Security | 7100-000 | NA | 158.15 | 158.15 | 0.00 |
| 5 | JAECKLE WHOLESALE, INC. | 7100-000 | NA | 6,949.81 | 6,949.81 | 0.00 |
| 6 | KYLE GLASCOTT | 7100-000 | NA | 500.00 | 500.00 | 0.00 |
| 9 | KYLE GLASCOTT | 7100-000 | NA | 500.00 | 500.00 | 0.00 |
| 29 | LJ WOODWORKING | 7100-000 | NA | 48,546.17 | 48,546.17 | 0.00 |
| 23A | NEVA BROWN | 7100-000 | NA | 1,500.00 | 1,500.00 | 0.00 |
| 39 | NOBLE NORTH ELSTON LIMITED PARTNERS | 7100-000 | NA | 193,796.95 | 193,796.95 | 0.00 |
| 11 | NORTHERN COUNTOURS | 7100-000 | NA | 177,751.49 | 177,751.49 | 0.00 |
| 2 | PARTHA RAGHAVACHARI | 7100-000 | NA | 88.20 | 88.20 | 0.00 |
| 41 | PAUL PEKSFAKE | 7100-000 | NA | 3,460.29 | 3,460.29 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | PEOPLES GAS LIGHT AND COKE CO | 7100-000 | NA | 2,014.08 | 2,014.08 | 0.00 |
| 31 | PREMIUM WOOD PRODUCTS | 7100-000 | NA | 10,050.61 | 10,050.61 | 0.00 |
| 17 | SCHWARZ | 7100-000 | NA | 955.83 | 955.83 | 0.00 |
| 32 | SIERRA WOOD PRODUCTS ILLNOIS INC | 7100-000 | NA | 6,384.09 | 6,384.09 | 0.00 |
| 16 | SPRINT NEXTEL CORRESPONDENCE | 7100-000 | NA | 1,144.06 | 1,144.06 | 0.00 |
| 8 | SUSAN DALAK | 7100-000 | NA | 3,514.44 | 3,514.44 | 0.00 |
| 10 | TBA, INC. | 7100-000 | NA | 2,049.75 | 2,049.75 | 0.00 |
| 12 | UNITED PARCEL SERVICE | 7100-000 | NA | 49.45 | 49.45 | 0.00 |
| | United States Bankruptcy Court | 7100-000 | NA | 379.32 | 379.32 | 379.32 |
| 49 | Upper Canada Forest Products Ltd. | 7100-000 | NA | 6,428.71 | 6,428.71 | 0.00 |
| 45 | AGRIPINA BAUTISTA | 7200-000 | NA | 5,741.19 | 5,741.19 | 0.00 |
| 42 | DAVID HOKE | 7200-000 | NA | 1,268.00 | 1,268.00 | 0.00 |
| 47 | QUEBEC, INC. | 7200-000 | NA | 42,016.92 | 42,016.92 | 0.00 |
| 46 | SUSMAN & ASSOCIATES | 7200-000 | NA | 42,016.92 | 42,016.92 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,067,120.24 | $ 723,556.92 | $ 723,556.92 | $ 379.32 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 10-28460 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | CABINET WORLD, INC. | | | | Date Filed (f) or Converted (c): | 06/25/2010 (f) |
| | | | | | 341(a) Meeting Date: | 08/20/2010 |
| For Period Ending: | 05/18/2017 | | | | Claims Bar Date: | 11/26/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  CHECKING ACCOUNT W/ NEW CENTURY BANK | 320.00 | 320.00 | | 0.00 | FA |
| 2.  ONE OF THE DEBTOR'S CORPORATE VENDORS, LJ WOODWORK | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 3.  3 TRUCKS AND A TRAILER 1999 GMC 1996 GMC 2005 ISUZ | 16,000.00 | 11,958.72 | | 13,000.00 | FA |
| 4.  1 PANEL SAW, 2 TABLE SAWS, SPRAY EQUIPMENT AND FUR | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 5.  350 CABINETS, 10 GRANITE COUNTERTOPS, 25 FORMICA C | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 6.  PREFERENCE PAYMENTS                    (u) | 0.00 | 0.00 | | 7,320.84 | FA |
| 7.  PREFERENCE PAYMENTS                    (u) | 0.00 | 0.00 | | 10,000.00 | FA |
| 8.  PREFERENCE PAYMENTS                    (u) | 0.00 | 12,097.76 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits       (u) | Unknown | N/A | | 4.06 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $126,320.00 | $134,376.48 | | $30,324.90 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR approved and distribution made 3/9/17

| RE PROP # | 6 | -- | COUREY INTERNATIONAL (U.S.A.) INC. PREFERENCE SETTLEMENT- $7,320.84 |
|---|---|---|---|
| RE PROP # | 7 | -- | PREMIUM WOOD PRODUCTS PREFERENCE SETTLEMENT - $10,000 |
| RE PROP # | 8 | -- | JUDGMENT OBTAINED IN PREFERENCE ACTION AGAINST PHILIP AST - $12,097.76 - DETERMINED UNCOLLECTABLE |

Initial Projected Date of Final Report (TFR): 12/31/2011     Current Projected Date of Final Report (TFR): 12/31/2017

Exhibit 8

Case 10-28460  Doc 64  Filed 06/13/17  Entered 06/13/17 14:51:18  Desc Main
Document  Page 21 of 28

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | Exhibit 9 |

Case No: 10-28460

Case Name: CABINET WORLD, INC.

Taxpayer ID No: XX-XXX5231

For Period Ending: 05/18/2017

Trustee Name: BARRY A. CHATZ

Bank Name: Union Bank

Account Number/CD#: XXXXXX0425

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9107 | Transfer of Funds | 9999-000 | $29,145.54 | | $29,145.54 |
| 03/09/17 | 400001 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA CHICAGO, IL  60606-0000 | Distribution | | | $3,854.21 | $25,291.33 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($3,782.49) | 2100-000 | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($71.72) | 2200-000 | | |
| 03/09/17 | 400002 | United States Bankruptcy Court 219 South Dearborn Street Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $750.00 | $24,541.33 |
| 03/09/17 | 400003 | MUCH SHELIST 191 N. WACKER DRIVE SUITE 1800 CHICAGO, IL  60606-1615 | Distribution | | | $13,157.78 | $11,383.55 |
| | | MUCH SHELIST | Final distribution representing a payment of 100.00 % per court order. | ($12,500.00) | 3210-000 | | |
| | | MUCH SHELIST | Final distribution representing a payment of 100.00 % per court order. | ($657.78) | 3220-000 | | |
| 03/09/17 | 400004 | POPOWCER KATTEN, LTD. 35 E. WACKER DRIVE, SUITE 1550 CHICAGO, IL | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,622.00 | $9,761.55 |
| 03/09/17 | 400005 | JULIE SHERMAN 2133 W. HURON CHICAGO, IL  60612 | Final distribution to claim 1 representing a payment of 55.85 % per court order. | 5600-000 | | $1,452.19 | $8,309.36 |
| 03/09/17 | 400006 | MIKE GALVIN 2047 W. THOMAS CHICAGO, IL  60622 | Final distribution to claim 13 representing a payment of 55.85 % per court order. | 5600-000 | | $326.43 | $7,982.93 |
| 03/09/17 | 400007 | ELISE SCHUMACHER 733 W. BUCKINGHAM PLACE #13 CHICAGO, IL  60657 | Final distribution to claim 18 representing a payment of 55.85 % per court order. | 5600-000 | | $379.32 | $7,603.61 |

Page Subtotals:  $29,145.54  $21,541.93

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 10-28460 | Trustee Name: BARRY A. CHATZ |
| Case Name: CABINET WORLD, INC. | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0425 |
| | Checking |
| Taxpayer ID No: XX-XXX5231 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/18/2017 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 03/09/17 | 400008 | NEVA BROWN<br>1755 W. CHASE<br>CHICAGO, IL  60626 | Final distribution to claim 23 representing a payment of 55.85 % per court order. | 5600-000 | | $1,452.19 | $6,151.42 |
| 03/09/17 | 400009 | GLORIA J CLAY<br>212 N. MASON<br>CHICAGO, IL  60644 | Final distribution to claim 25 representing a payment of 55.85 % per court order. | 5600-000 | | $1,452.19 | $4,699.23 |
| 03/09/17 | 400010 | PANDU R DEVAKONDA<br>1333,BURNETT DR<br>AURORA, IL  60502 | Final distribution to claim 35 representing a payment of 55.85 % per court order. | 5600-000 | | $1,452.19 | $3,247.04 |
| 03/09/17 | 400011 | ILLINOIS DEPT. OF EMPLOYMENT SECURI<br>ATTN: BANKRUPTCY UNIT<br>33 SOUTH STATE STREET<br>CHICAGO, IL  60603 | Final distribution to claim 43 representing a payment of 55.85 % per court order. | 5800-000 | | $2,209.12 | $1,037.92 |
| 03/09/17 | 400012 | DEPT. OF THE TREASURY<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Final distribution to claim 44 representing a payment of 55.85 % per court order. | 5800-000 | | $900.86 | $137.06 |
| 03/09/17 | 400013 | ILLINOIS DEPARTMENT OF REVENUE BANK<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS  60664-0338 | Final distribution to claim 48 representing a payment of 55.85 % per court order. | 5800-000 | | $137.06 | $0.00 |
| 03/28/17 | 400014 | United States Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL 60604 | Deposit of Unclaimed Funds Check for claim no. 18 (Elise Schumacher) returned undeliverable | 7100-000 | | $379.32 | ($379.32) |
| 03/29/17 | 400007 | ELISE SCHUMACHER<br>733 W. BUCKINGHAM PLACE #13<br>CHICAGO, IL  60657 | Final distribution to claim 18 representing a payment of 55.85 % per court order.<br>Reversal | 5600-000 | | ($379.32) | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $29,145.54 | $29,145.54 |
| Less: Bank Transfers/CD's | $29,145.54 | $0.00 |
| Subtotal | $0.00 | $29,145.54 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $29,145.54 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $7,603.61 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 10-28460 | Trustee Name: BARRY A. CHATZ | Exhibit 9 |
| Case Name: CABINET WORLD, INC. | Bank Name: Bank of America | |
| | Account Number/CD#: XXXXXX6582 | |
| | Money Market Account (Interest Earn | |
| Taxpayer ID No: XX-XXX5231 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 05/18/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/28/10 | | AMERICAN AUCTION ASSOCIATES, INC. 8515 SOUTH THOMAS AVENUEBRIDGEVIEW, IL 60455 | LIQUIDATION OF OTHER SCHEDULED ASSE | | $11,958.72 | | $11,958.72 |
| | | | Gross Receipts          $13,000.00 | | | | |
| | | | CLOSING COSTS          ($1,041.28) | 2500-000 | | | |
| | 3 | | 3 TRUCKS AND A TRAILER   $13,000.00 1999 GMC 1996 GMC 2005 ISUZ | 1129-000 | | | |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.29 | | $11,959.01 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.29 | | $11,959.30 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.30 | | $11,959.60 |
| 11/15/10 | 6 | COUREY INTERNATIONAL (U.S.A.) INC. 7500 N.W. 25TH STREET, UNIT 13MIAMI, FL 33122 | PREFERENCE SETTLEMENT | 1241-000 | $7,320.84 | | $19,280.44 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.39 | | $19,280.83 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.49 | | $19,281.32 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.49 | | $19,281.81 |
| 02/04/11 | 301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM | 2300-000 | | $16.63 | $19,265.18 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.15 | | $19,265.33 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.16 | | $19,265.49 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.15 | | $19,265.64 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.17 | | $19,265.81 |

Page Subtotals:          $19,282.44          $16.63

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 10-28460 | | | | Trustee Name: BARRY A. CHATZ | | Exhibit 9 |
| Case Name: CABINET WORLD, INC. | | | | Bank Name: Bank of America | | |
| | | | | Account Number/CD#: XXXXXX6582 | | |
| | | | | Money Market Account (Interest Earn | | |
| Taxpayer ID No: XX-XXX5231 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 05/18/2017 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.16 | | $19,265.97 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.16 | | $19,266.13 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.16 | | $19,266.29 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.16 | | $19,266.45 |
| 10/13/11 | 7 | PREMIUM WOOD PRODUCTS 436 E. LOCUST STREETDEKALB, IL 60115 | PREFERENCE SETTLEMENT | 1241-000 | $10,000.00 | | $29,266.45 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.20 | | $29,266.65 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $30.30 | $29,236.35 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.24 | | $29,236.59 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $36.04 | $29,200.55 |
| 12/14/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.10 | | $29,200.65 |
| 12/14/11 | | Transfer to Acct # XXXXXX7633 | Final Posting Transfer | 9999-000 | | $29,200.65 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $29,283.62 | $29,283.62 |
| Less: Bank Transfers/CD's | $0.00 | $29,200.65 |
| Subtotal | $29,283.62 | $82.97 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $29,283.62 | $82.97 |

| | | |
|---|---|---|
| Page Subtotals: | $10,001.18 | $29,266.99 |

Case 10-28460   Doc 64   Filed 06/13/17   Entered 06/13/17 14:51:18   Desc Main
Document   Page 25 of 28

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:  10-28460
Case Name:  CABINET WORLD, INC.

Trustee Name:  BARRY A. CHATZ
Bank Name:  Bank of America
Account Number/CD#:  XXXXXX7633
BofA - Checking Account

Taxpayer ID No:  XX-XXX5231
For Period Ending:  05/18/2017

Blanket Bond (per case limit):  $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/14/11 | | Transfer from Acct # XXXXXX6582 | Transfer In From MMA Account | 9999-000 | $29,200.65 | | $29,200.65 |
| 01/20/12 | | Transfer to Acct # XXXXXX4141 | Bank Funds Transfer | 9999-000 | | $29,200.65 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $29,200.65 | $29,200.65 |
| Less: Bank Transfers/CD's | $29,200.65 | $29,200.65 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

Page Subtotals:                     $29,200.65          $29,200.65

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-28460 | |
| Case Name: CABINET WORLD, INC. | |

| | |
|---|---|
| Trustee Name: BARRY A. CHATZ | |
| Bank Name: Congressional Bank | |
| Account Number/CD#: XXXXXX4141 | |
| Checking Account | |

Taxpayer ID No: XX-XXX5231

For Period Ending: 05/18/2017

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/20/12 | | Transfer from Acct # XXXXXX7633 | Bank Funds Transfer | 9999-000 | $29,200.65 | | $29,200.65 |
| 02/06/12 | 3001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREETSUITE 420NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM PRO RATA PORTION OF TRUSTEE'S BLANKET BOND PREMIUM | 2300-000 | | $30.39 | $29,170.26 |
| 02/19/13 | | Trsf To BANK OF NEW YORK  MELLON | FINAL TRANSFER | 9999-000 | | $29,170.26 | $0.00 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| COLUMN TOTALS | $29,200.65 | $29,200.65 |
| Less: Bank Transfers/CD's | $29,200.65 | $29,170.26 |
| Subtotal | $0.00 | $30.39 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $30.39 |

| Page Subtotals: | $29,200.65 | $29,200.65 |
|---|---|---|

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 10-28460 | Trustee Name: BARRY A. CHATZ |
| Case Name: CABINET WORLD, INC. | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9107 |
| | Checking Account |
| Taxpayer ID No: XX-XXX5231 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/18/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $29,170.26 | | $29,170.26 |
| 02/21/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $24.72 | $29,145.54 |
| 02/03/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM Reversal | 2300-000 | | ($24.00) | $29,169.54 |
| 02/03/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $24.00 | $29,145.54 |
| 08/21/15 | | Transfer to Acct # xxxxxx0425 | Transfer of Funds | 9999-000 | | $29,145.54 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $29,170.26 | $29,170.26 |
| Less: Bank Transfers/CD's | $29,170.26 | $29,145.54 |
| Subtotal | $0.00 | $24.72 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $24.72 |

Page Subtotals:                    $29,170.26      $29,170.26

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0425 - Checking | $0.00 | $29,145.54 | $0.00 |
| XXXXXX4141 - Checking Account | $0.00 | $30.39 | $0.00 |
| XXXXXX6582 - Money Market Account (Interest Earn | $29,283.62 | $82.97 | $0.00 |
| XXXXXX7633 - BofA - Checking Account | $0.00 | $0.00 | $0.00 |
| XXXXXX9107 - Checking Account | $0.00 | $24.72 | $0.00 |
| | $29,283.62 | $29,283.62 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,041.28 |
| Total Net Deposits: | $29,283.62 |
| Total Gross Receipts: | $30,324.90 |

Page Subtotals:                    $0.00          $0.00